AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose INFANTE-PEREZ

Case No.  Case: 2:26−mj−30037
Assigned To : Unassigned
Assign. Date : 1/21/2026
Description: RE: JOSE
INFANTE−PEREZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 19, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Everson, BPA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 21, 2026__

_____
Judge's signature

City and state: __Detroit, MI__     David R. Grand, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose INFANTE-PEREZ, which reveals the following:

2. INFANTE-PEREZ is a forty-one-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about March 18, 2004, INFANTE-PEREZ was arrested by Border Patrol Agents at or near Progreso, Texas. He was granted a Voluntary Removal and was returned to Mexico that same date.

4. On or about January 5, 2007, INFANTE-PEREZ was arrested by Immigration and Customs Enforcement in the Detroit, MI area. He was issued a Warrant of Arrest/Notice to Appear.

5. On or about January 22, 2008, INFANTE-PEREZ was granted a Voluntary Departure by the date of April 1, 2008. INFANTE-PEREZ failed to depart by that date and continued to live illegally in the United States.

6. On or about November 28, 2008, INFANTE-PEREZ was arrested by Border Patrol Agents at or near Smith Creek, Michigan. He was processed for bag and baggage and subsequently removed back to Mexico on December 15, 2009, through Laredo, Texas. A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

7. On or about November 18, 2011, INFANTE-PEREZ was arrested by Border Patrol Agents at or near New Haven, Michigan. His prior order of removal

    was reinstated.

8. On December 5, 2011, INFANTE-PEREZ was removed from the United States to Mexico through Laredo, Texas.

9. On January 18, 2026, Detroit Border Patrol Agents encountered INFANTE-PEREZ following a request by Livonia Police Department to identify a subject they had in custody for retail fraud third degree. The incident involved theft from a local Walmart store. Border Patrol Agents lodged a detainer for INFANTE-PEREZ. INFANTE-PEREZ was transported to Livonia Police Station to be processed for the retail fraud charge.

10. On January 19, 2026, Border Patrol Agents were contacted by Livonia Police Department stating that INFANTE-PEREZ was ready to be transported into Border Patrol custody. Border Patrol Agents performed record checks which revealed that INFANTE-PEREZ was previously removed from the United States. INFANTE-PEREZ was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

11. Jose INFANTE-PEREZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that INFANTE-PEREZ is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that INFANTE-PEREZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 347) for Jose INFANTE-PEREZ and queries in Department of Homeland Security databases confirm no record

exists of INFANTE-PEREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on December 5, 2011.

14. Based on the above information, I believe there is probable cause to conclude that INFANTE-PEREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

January 21, 2026